LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 954-2380
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | | |
|---|---|---|
| RUBEN MACIAS, | ) | No: 5:21-cv-01683-AGR |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER AWARDING EAJA FEES |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND THREE HUNDRED DOLLARS AND 00/100 ($5,300.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: July 18, 2023

                                           *Alicia G. Rosenberg*
                                       HON. LI  I   . R   ENBERG
                                       UNITED STATES MAGISTRATE JUDGE